IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEORGE LOGAN,

      Petitioner,                    No. CIV S-06-1142 FCD GGH P

      vs.

SUPREME COURT OF CA., et al.,

      Respondents.                <u>ORDER</u>

                            /

      Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

      On September 25, 2006, the magistrate judge filed findings and recommendations herein which were served on petitioner and which contained notice to petitioner that any objections to the findings and recommendations were to be filed within twenty days. Petitioner has not filed objections to the findings and recommendations.

      The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

/////

1.  The findings and recommendations filed September 25, 2006, are adopted in full; and

2.  Petitioner's application for a writ of mandate is dismissed, and this case is closed.

DATED: December 5, 2006.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE